# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | 1:21-mj-391 |
| Dennis Patrick Reid | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of May 27, 2021 to the present in the county of Kent in the Western District of Michigan, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C §2422(b) | Using any facility or means of interstate commerce to knowingly persuade, induce, entice or coerce a minor to engage in any criminal sexual activity, or attempting to do so |
| 18 U.S.C §2423(b) | Traveling in interstate commerce with a motivating purpose of engaging engaging in any sexual act, as defined in Section 2246, with a person under 18 or attempting to do so |

This criminal complaint is based on these facts:

See attached continuation

☑ Continued on the attached sheet.

The Court processed the complaint remotely. The Court verified the Affiant's identity (by AUSA confirmation and through Affiant self-identification). Affiant attested to the affidavit and complaint via telephone, which the AUSA transmitted by remote electronic means (e-mail). The Court signed the original complaint and transmitted a correct copy of same to the Applicant, via the AUSA, by remote electronic means (e-mail). The process complied with Rules 3 and 4.1.

*Scott Bauer*
*Complainant's signature*

SA Scott Bauer, HSI
*Printed name and title*

Date: July 28, 2021

*Judge's signature*

City and state: Grand Rapids, Michigan

Sally J. Berens, U.S. Magistrate Judge
*Printed name and title*