UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

DENNIS PATRICK REID,

        Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

## COUNT 1
**(Attempted Coercion and Enticement)**

Between on or about May 27, 2021, and on or about July 29, 2021, in Kent County, in the Southern Division of the Western District of Michigan, and elsewhere,

**DENNIS PATRICK REID**

used facilities and means of interstate and foreign commerce to communicate with an individual to attempt to knowingly persuade, induce, entice, and coerce an individual who defendant believed was under the age of 18 years to engage in sexual activity for which any person could be charged with a criminal offense.

Specifically, defendant, who was in Iowa, used the internet to communicate with a person he believed to be the mother of a 12-year-old girl living in Michigan to attempt to convince the mother to allow him to engage in sex acts with the girl. Sexual penetration with the 12-year-old would constitute First Degree Criminal Sexual Conduct, in violation of Michigan Compiled Law § 750.520b. Sexual contact with the

12-year-old would constitute Second Degree Criminal Sexual Conduct, in violation of Michigan Compiled Laws § 750.520c.

**18 U.S.C. § 2422(b)**

## COUNT 2
**(Interstate Travel with Intent to Engage in Illicit Sexual Conduct)**

On or about July 29, 2021, in Kent County, in the Southern Division of the Western District of Michigan, and elsewhere,

### DENNIS PATRICK REID

traveled in interstate commerce with a motivating purpose of engaging in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person under 18 years of age.

Specifically, defendant traveled from the state of Iowa to the state of Michigan with intent to engage in a sexual act with an individual he believed to be a 12-year-old girl.

**18 U.S.C. § 2423(b)**

## FORFEITURE ALLEGATION
### (Attempted Coercion and Enticement and Interstate Travel with Intent to Engage in Illicit Sexual Conduct)

The allegations contained in the Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2428.

Pursuant to 18 U.S.C. § 2428, upon conviction of an offense in violation of 18 U.S.C. §§ 2422 or 2423 set forth in the Indictment,

### DENNIS PATRICK REID

shall forfeit to the United States of America, any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense.

1. Samsung Galaxy S 10 + S/N R58M24SW2HK,
2. Garmin GPS with charger,
3. KY Ultragel Lubricant,
4. Necklace – gold colored,
5. Wine – Tassel Ridge - red,
6. Remote plane with charger and control, and
7. Erectile dysfunction pills.

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property

pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c).

**18 U.S.C. § 2428**
**21 U.S.C. § 853(p)**
**28 U.S.C. § 2461(c)**
**18 U.S.C. § 2422**
**18 U.S.C. § 2423**

            A TRUE BILL

            _____
            GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
DANIEL Y. MEKARU
Assistant United States Attorney